

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00657-CV

**EX PARTE** Demond Depree **BLUNSTON**

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVK-001377 D2
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

SIGNED July 24, 2013.

Karen Angelini, Justice